ORIGINAL

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
2019 OCT 17  AM 9:38
DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | Case No. |
| CASSANDRA BALDERAS | (01) | **4-19CR-304-0** |
| CHRISTINE BROOKS | (02) | |
| DAVID BURNEY | (03) | |
| a/k/a "David Francis" | | |
| ERIC CARROLL | (04) | |
| SHANE DEARDEUFF | (05) | |
| RONNIE DARRYL FOWLER | (06) | |
| JESSE HARRIS | (07) | |
| CHRISTOPHER JONES | (08) | |
| LACEY KITTRELL | (09) | |
| JOE DON LATHAM | (10) | |
| a/k/a "Redneck" | | |
| STEPHANIE OAKES | (11) | |
| TIMOTHY RUSSELL | (12) | |
| a/k/a "Mudkat" | | |
| JIMMY PIKE | (13) | |

## INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before July 2016, and continuing until in or around July 2019, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Cassandra Balderas, Christine Brooks, David Burney,** also known as David Francis, **Eric Carroll, Shane Deardeuff, Ronnie Darryl Fowler, Jesse Harris,**

Information - Page 1

**Christopher Jones, Lacey Kittrell, Joe Don Latham,** also known as Redneck, **Stephanie Oakes, Timothy Russell** and **Jimmy Pike**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817.252.5200
Facsimile:  817.252.5455