FILED
October 01, 2020
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 9, 2020
Lyle W. Cayce
Clerk

No. 20-10231
Summary Calendar

───────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

LACEY RENEE BAXTER MOORE, *also known as* LACEY KITTRELL,

*Defendant—Appellant.*

───────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CR-304-9 –O

───────────

Before JONES, BARKSDALE, and STEWART, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

A True Copy
Certified order issued Oct 01, 2020

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**